**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 09-7375**

ROBERT LEE FOSTER,

             Plaintiff – Appellant,

        v.

DERHAM COLE, Judge; ALEX STAVELY, Prosecutor; WILLIAMS
MCPHERSON, Attorney of PD Office; DANIEL K. SWAD, Sheriff
Officer; J. L. HALL, Officer; BRADFORD JAMES, Officer;
MYLNER BEACH, Officer; ASHLEY C. HARRIS, Officer,

             Defendants – Appellees.

Appeal from the United States District Court for the District of
South Carolina, at Columbia.  Patrick Michael Duffy, District
Judge.  (3:09-cv-00452-PMD)

Submitted:  November 17, 2009      Decided:  November 24, 2009

Before WILKINSON, MICHAEL, and KING, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Robert Lee Foster, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Robert Lee Foster appeals the district court's order accepting the recommendation of the magistrate judge and dismissing his 42 U.S.C. § 1983 (2006) complaint under 28 U.S.C. § 1915(e)(2)(B) (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Foster v. Cole, No. 3:09-cv-00452-PMD (D.S.C. June 30, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED